**COM.**

**v.**

**FIELDS, S.**

**843 WDA 2016**

Superior Court of Pennsylvania.

05/19/2017

Reargument Denied 7/28/2017

CP–02–CR–0001178–2003 (Allegheny)

Affirmed

**COM.**

**v.**

**ANDERSON, R.**

**857 WDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–30–CR–0000191–2014 (Greene)

Quashed

**COM.**

**v.**

**VASQUEZ–DIAZ, A.**

**369 EDA 2014**

Superior Court of Pennsylvania.

05/22/2017

Reargument Denied 7/20/2017

CP–51–CR–0008880–2012 (Philadelphia)

Affirmed/Vacated/Remanded

**COM.**

**v.**

**THOMAS, S.**

**1943 EDA 2014**

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0916842–1993 (Philadelphia)

Vacated/Remanded